JS-6

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

```
                FILED
          CLERK, U.S. DISTRICT COURT

              MAR 24 2011

          CENTRAL DISTRICT OF CALIFORNIA
          BY      BM          DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | Case No. CV10-9612 PSG (Ex) |
| Plaintiff, | |
| vs. | **IN ADMIRALTY** |
| STEPHEN ANDERSON individually and dba ANDERSON & ANDERSON ENTERPRISES | [PROPOSED] **DEFAULT JUDGMENT BY CLERK** (F.R.Civ.P. 55(b)) |
| Defendants. | |

///
///
///
///
///
///

1

IT IS ADJUDGED that Maersk Line recover from Stephen Anderson individually and dba Anderson & Anderson Enterprises as follows:

    1)    Principal in the amount of $39,595.00.

    2)    Interest in the amount of $1,615.16;

    3)    Attorneys' fees in the amount of $2,975.70;

    4)    Costs $418.50 (per bill of costs filed concurrently herewith).

For a total judgment in the amount of $44,604.36 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: March 24, 2011

BENJAMIN MOSS
Clerk of the United States District Court

Respectfully submitted:

By:     __s/Stephen M. Uthoff_____
        Stephen M. Uthoff
        The Uthoff Law Corporation
        Attorneys for Plaintiff
        MAERSK LINE

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On March 23, 2011 I served the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Stephen Anderson individually and dba Anderson & Anderson Enterprises
12264 Briardale Way
San Diego, CA 92128

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS NEXT DAY DELIVERY (BY 10:00 A.M.)**
The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 23, 2011 at Long Beach, California.

                                                    __s/Stephen M. Uthoff____
                                                      Stephen M. Uthoff